# AFFIDAVIT OF MAILING

Index #: 1:21-cv-04508

| | |
|---|---|
| UNITED STATES DISTRICT COURT | Court Date: |
| EASTERN DISTRICT OF NEW YORK | Date Filed: August 11, 2021 |
| | File No.: |

ATTORNEY(S) RUBENSTEIN & RYNECKI, ESQS PH: (718) 522-1020
16 COURT ST., STE. 1717 BROOKLYN, NY 11241

Vera McLean, as Administrator of the Estate of Charles McLean, an on behalf of his infant children, L.K.M. AND S.K.M.

*Plaintiff(s)/Petitioner(s)*

vs.

United States of America, United States Postal Service and Kevin Roger Claxton

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

_____Jeanine Fitzpatrick_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On _____August 18, 2021_____, deponent completed service by placing a copy of the

Summons in a Civil Action and Jury Trial Demanded Complaint
Civil Cover Sheet

in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" which was deposited in an official depository under the exclusive care and custody of the United States Post Office in the State of New York,

addressed to       Attorney General o/b/o United States of America

at       Constitution Avenue & 10th Street NW, Washington, DC 20530

X   This mail was sent by Certified Mail and/or RRR receipt No.       70210350000172208284

Sworn to before me on _____August 18, 2021_____

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires MAY 5, 2023

Jeanine Fitzpatrick
Job#       2119660
Cust.File #